Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
sglantz@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Buddha Entertainment, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON JAMAL POTTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDHA ENTERTAINMENT, LLC a Foreign Limited-Liability Company, d/b/a TAO NIGHTCLUB; DOE INDIVIDUALS I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01941-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON JAMAL POTTS, and Defendant BUDDHA ENTERTAINMENT, LLC, by and through their respective attorneys of record, pursuant to FED. R. CIV. P. 41, that the above-captioned action and any and all claims asserted in said action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 23rd day of April, 2025.

Dated April 23rd, 2025

THE COTTLE FIRM

/s/ Matthew G. Holland
Robert W. Cottle, Esq.
Matthew G. Holland, Esq.
8635 South Eastern Avenue
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated April 23rd, 2025

WEINBERG WHEELER HUDGINS GUNN & DIAL

/s/Jeremy R. Alberts
Jeremy R. Alberts, Esq.
Stephanie J. Glantz, Esq.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Buddha Entertainment, LLC*

_____
UNITED STATES DISTRICT JUDGE

DATE: April 24, 2025

Respectfully submitted by:

/s/Jeremy R. Alberts
Jeremy R. Alberts, Esq.
Stephanie J. Glantz, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Buddha Entertainment, LLC*